IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SIR GIORGIO SANFORD CLARDY,                Case No. 3:14-cv-01055-CL

              Plaintiff,                                          ORDER

      v.

OFFICER BRIAN GAUNT, et al.,

              Defendants.
_____

Aiken, Chief Judge:

      Magistrate Judge Clark issued his Findings and Recommendation

in the above-captioned case on December 4, 2014, recommending that

defendant Staton's motion to dismiss be granted and plaintiff's

claims against him be dismissed. The matter is now before me. See

28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either

party objects to any portion of a magistrate judge's Findings and

Recommendation, the district court must make a de novo

determination of that portion of the magistrate judge's report. See

28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

1   - ORDER

<u>Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).

Plaintiff filed objections to the Findings and Recommendation. Upon <u>de novo</u> review, I find no error with Magistrate Judge Clarke's thorough analysis.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Clarke's Findings and Recommendation (doc. 28) issued on December 4, 2014 is ADOPTED in its entirety. Defendant Staton's Motion to Dismiss (doc. 22) is GRANTED, and plaintiff's claims against him are hereby DISMISSED.

IT IS SO ORDERED.

Dated this _____ day of March, 2015.

_____
Ann Aiken
United States District Judge

2    - ORDER